CITY OF NEW ROCHELLE, Respondent, *v.* 711 CORPORATION, Appellant.

Submitted September 29, 1947; decided October 2, 1947.

*Sidney S. Levine* for motion.

*Aaron Simmons, Corporation Counsel* (*Murray C. Fuerst* of counsel), opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that an appeal lies as of right.